17312.   McBRIDE *v.* THE STATE.

BROYLES, C. J.   1. The grounds of the amendment to the motion for a new trial, not having been argued or referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1926.

Manslaughter; from Screven superior court—Judge Strange. February 23, 1926.

*H. A. Boykin,* for plaintiff in error.

*John C. Hollingsworth, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 212, n. 18.